IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

**PAUL W. MCMULLAN, JR. EXECUTOR**
**OF THE ESTATE OF PAUL W.**
**MCMULLAN**                                            **PLAINTIFF**

**VS.**                        **CIVIL ACTION NO. 2:10CV139-KS-MTP**

**SCOTT ORTKIESE AND ROBERT**
**HAWKEN, INDIVIDUALLY, AND D/B/A**
**PROTEUS CAPITAL HOLDINGS,**
**PROTEUS CAPITAL HOLDINGS, L.L.C.,**
**AND JOHN DOES 1-4**                                   **DEFENDANTS**

## NOTICE OF SERVICE

Notice is hereby given that Defendant, Proteus Capital Holdings, LLC, has this date served in the above entitled action the following:

1. Answers to Plaintiff's Second Set of Interrogatories

The undersigned counsel retains the original of the above document pursuant to the local rules.

This the 31st day of January, 2012.

                                         **PROTEUS CAPITAL HOLDINGS, LLC**,
                                         Defendant

                                         BY:  */s/ Heather E. Murphy*
                                                James G. Wyly, III, MS Bar 7415
                                                Kyle S. Moran, MS Bar 10724
                                                Heather E. Murphy, MS Bar 100155
                                                PHELPS DUNBAR LLP
                                                NorthCourt One | 2304 19th Street, Suite 300
                                                Gulfport, Mississippi 39501
                                                Telephone: 228-679-1130
                                                Telecopier: 228-679-1131
                                                Email: jim.wyly@phelps.com
                                                kyle.moran@phelps.com
                                                heather.murphy@phelps.com

## **CERTIFICATE OF SERVICE**

I do hereby certify that I have this date filed via the electronic filing system which sent notification of the foregoing to the following:

Frank D. Montague, Jr.
Carey Varnado
Montague, Pittman & Varnado
Post Office Drawer 1975
Hattiesburg, MS  39403

SO CERTIFIED, this the 31st day of January, 2012.

                                        */s/ Heather E. Murphy*
                                        Heather E. Murphy